1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ELIJAH DEMETRICE POUNCEY,   )   No. CV 13-5310-PSG (AS)
                                  )
12               Petitioner,      )
                                  )   **ORDER ACCEPTING FINDINGS,**
13          v.                    )
                                  )   **CONCLUSIONS AND RECOMMENDATIONS OF**
14   AMY MILLER, Warden,          )
                                  )   **UNITED STATES MAGISTRATE JUDGE**
15               Respondent.      )
                                  )
16   _____ )

17

18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19   Petition, all of the records herein and the attached Report and

20   Recommendation of United States Magistrate Judge to which no

21   objections were filed.  The Court concurs with and accepts  the

22   findings and conclusions of the Magistrate Judge.

23

24       IT IS ORDERED that Judgment be entered denying and dismissing

25   the Petition with prejudice.

26

27   ///

28   ///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this

2  Order, the Magistrate Judge's Report and Recommendation and the

3  Judgment herein on counsel for Petitioner and counsel for

4  Respondent.

5

6    LET JUDGMENT BE ENTERED ACCORDINGLY.

7

8    DATED:  December 15, 2014

9

10

11    _____

12                 PHILIP S. GUTIERREZ
      UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28